# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2013

## NO. 03-12-00705-CV

### In the Interest of E. B. S. and M. T. S.

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.